AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | | |
|---|---|---|
| ALTON G. RICHARDSON, JR. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| WARNER BROTHERS RECORDS, DANNY KEY, ERIC PRESTRIDGE, SHAWNA LASHAW McILWAIN THOMPSON, MATTIE McILWAIN, et., al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DANNY KEY
C/O WARNER BROTHERS RECORDS
20 MUSIC SQUARE EAST
NASHVILLE, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., PRO SE
1118 MARTHA ALLEYN DRIVE
SARALAND, AL 36571

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | |
|---|---|
| ALTON G. RICHARDSON, JR. )<br>)<br>)<br>)<br>_____ )<br>*Plaintiff(s)* )<br>v. )<br>)<br>WARNER BROTHERS RECORDS, DANNY KEY, )<br>ERIC PRESTRIDGE, SHAWNA LASHAW McILWAIN )<br>THOMPSON, MATTIE McILWAIN, et., al. )<br>)<br>_____ )<br>*Defendant(s)* ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ERIC PRESTRIDGE
C/O WARNER BROTHERS RECORDS
20 MUSIC SQUARE EAST
NASHVILLE, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., PRO SE
1118 MARTHA ALLEYN DRIVE
SARALAND, AL 36571

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____            _____
                                         *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | |
|---|---|
| ALTON G. RICHARDSON, JR. <br><br> *Plaintiff(s)* <br> v. <br> WARNER BROTHERS RECORDS, DANNY KEY, ERIC PRESTRIDGE, SHAWNA LASHAW McILWAIN THOMPSON, MATTIE McILWAIN, et., al. <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHAWNA LASHAE McILWAIN THOMPSON
C/O STONEY CREEK RECORDS
704 18TH AVENUE SOUTH
NASHVILLE, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., PRO SE
1118 MARTHA ALLEYN DRIVE
SARALAND, AL 36571

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | |
|---|---|
| ALTON G. RICHARDSON, JR. ) ) ) ) ) *Plaintiff(s)* ) v. ) WARNER BROTHERS RECORDS, DANNY KEY, ) ERIC PRESTRIDGE, SHAWNA LASHAW McILWAIN ) THOMPSON, MATTIE McILWAIN, et., al. ) ) *Defendant(s)* ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHAWNA LASHAE McILWAIN THOMPSON
C/O HON. TIFFANY DUNN
LOEB & LOEB, P.C.
1916 ACKLEN AVENUE
NASHVILLE, TN  37212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., PRO SE
1118 MARTHA ALLEYN DRIVE
SARALAND, AL 36571

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | |
|---|---|
| ALTON G. RICHARDSON, JR.<br><br>*Plaintiff(s)*<br>v.<br>WARNER BROTHERS RECORDS, DANNY KEY, ERIC PRESTRIDGE, SHAWNA LASHAW McILWAIN THOMPSON, MATTIE McILWAIN, et., al.<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MATTIE McILWAIN
GENERAL DELIVERY
CHATOM, AL 36518

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., PRO SE
1118 MARTHA ALLEYN DRIVE
SARALAND, AL 36571

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | | |
|---|---|---|
| ALTON G. RICHARDSON, JR. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. |
| WARNER BROTHERS RECORDS, DANNY KEY, ERIC PRESTRIDGE, SHAWNA LASHAW McILWAIN THOMPSON, MATTIE McILWAIN, et., al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STONEY CREEK RECORDS
704 18TH AVENUE SOUTH
NASHVILLE, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., PRO SE
1118 MARTHA ALLEYN DRIVE
SARALAND, AL 36571

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*