AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | | |
|---|---|---|
| ALTON G. RICHARDSON, JR., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 13-00469-KD-B |
| WARNER BROTHERS RECORDS, ET., AL., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STONEY CREEK RECORDS
207 18TH AVENUE SOUTH
NASHVILLE, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., Pro Se
1118 Martha Alleyn Street
Saraland, AL 36571
Phone: (251) 675-8313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHARLES R. DIARD, JR.**
CLERK OF COURT

Date: __10/7/2013__       *Cathi Jennings*
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | |
|---|---|
| ALTON G. RICHARDSON, JR., <br><br> *Plaintiff(s)* <br> v. <br> WARNER BROTHERS RECORDS, ET., AL., <br><br> *Defendant(s)* | Civil Action No. 13-00469-KD-B |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MATTIE McILWAIN
GENERAL DELIVERY
CHATOM, AL 36518

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., Pro Se
1118 Martha Alleyn Street
Saraland, AL 36571
Phone: (251) 675-8313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHARLES R. DIARD, JR.**

CLERK OF COURT

Date:  10/7/2013

*Cathi Jennings*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | |
|---|---|
| ALTON G. RICHARDSON, JR., <br><br> *Plaintiff(s)* <br> v. <br> WARNER BROTHERS RECORDS, ET., AL., <br><br> *Defendant(s)* | Civil Action No. 13-00469-KD-B |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SHAWNA McILWAIN THOMPSON
STONEY CREEK RECORDS
207 18TH AVENUE SOUTH
NASHVILLE, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., Pro Se
1118 Martha Alleyn Street
Saraland, AL 36571
Phone: (251) 675-8313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CHARLES R. DIARD, JR.**
*CLERK OF COURT*

Date:  10/7/2013

*Cathi Jennings*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | |
|---|---|
| ALTON G. RICHARDSON, JR., <br><br> _Plaintiff(s)_ <br> v. <br> WARNER BROTHERS RECORDS, ET., AL., <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 13-00469-KD-B |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  ERIC PRESTRIDGE
WARNER BROTHERS MUSIC
20 MUSIC SQUARE EAST
NASHVILLE, TN 37203


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., Pro Se
1118 Martha Alleyn Street
Saraland, AL 36571
Phone: (251) 675-8313


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHARLES R. DIARD, JR.**
CLERK OF COURT

Date: 10/7/2013

_Cathi Jennings_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | |
|---|---|
| ALTON G. RICHARDSON, JR.,<br><br>_Plaintiff(s)_<br>v.<br>WARNER BROTHERS RECORDS, ET., AL.,<br><br>_Defendant(s)_ | Civil Action No. 13-00469-KD-B |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ DANNY KEY
WARNER BROTHERS MUSIC
20 MUSIC SQUARE EAST
NASHVILLE, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., Pro Se
1118 Martha Alleyn Street
Saraland, AL 36571
Phone: (251) 675-8313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CHARLES R. DIARD, JR.**
_CLERK OF COURT_

Date: 10/7/2013    _Cathi Jennings_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABA

| | | |
|---|---|---|
| ALTON G. RICHARDSON, JR., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 13-00469-KD-B |
| WARNER BROTHERS RECORDS, ET., AL., | ) ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WARNER BROTHERS MUSIC
20 MUSIC SQUARE EAST
NASHVILLE, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ALTON G. RICHARDSON, JR., Pro Se
1118 Martha Alleyn Street
Saraland, AL 36571
Phone: (251) 675-8313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHARLES R. DIARD, JR.**

*CLERK OF COURT*



*Cathi Jennings*
*Signature of Clerk or Deputy Clerk*

Date: __10/7/2013__