IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALTON G. RICHARDSON, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO: 13-00469-KD-B |
| | * | |
| WARNER BROTHERS RECORDS, | * | |
| DANNY KEY, ERIC PRESTRIDGE, | * | |
| SHAWNA LASHAE McILWAIN | * | |
| THOMPSON, MATTIE McILWAIN, | * | |
| STONEY CREEK RECORDS, | * | |
| AND DEFENDANTS "A TO Z" | * | |
| WHOSE TRUE IDENTITIES ARE | * | |
| CURRENTLY UNKNOWN, | * | |
| | * | |
| DEFENDANTS. | * | |

## MOTION FOR SPECIAL HEARING DEVICES

1. COMES NOW, Plaintiff, Alton G. Richardson, Pro Se, and requests the Honorable Court to order electronic microphones at court and all Plaintiff/Defendants meetings in accordance with the American Disabilities Act and Section 12-1-23, *Code of Alabama, 1975*.

2. Plaintiff will be unable to hear Defendants on the telephone at scheduling conference, or other meetings, as he is 90% deaf with hearing aids.

3. Other details are set out in the document attached hereto as "Attachment 1".

1

Respectfully,

*[signature]* Pro Se
ALTON G. RICHARDSON, Pro Se
1118 Martha Alleyn Drive
Saraland, AL 36571
Phone: (251) 675-8313

## CERTIFICATE OF SERVICE

I hereby certify that I have on this _____ day of _____, 2013, I have served a copy of the foregoing document on the following named individuals, by placing a copy of said document in the United States mail, properly addressed with first class postage prepaid, as follows:

Warner Brothers Music
20 Music Square East
Nashville, TN 37203
Phone: (615) 748-8000

Mattie McIlwain
General Delivery
Chatom, AL 36518

Eric Prestridge
c/o Warner Brothers Music
20 Music Square East
Nashville, TN 37203

Stoney Creek Records
207 18th Avenue South
Nashville, TN 37203

Shawna McIlwain Thompson
Stoney Creek Records
204 18th Avenue South
Nashville, TN 37203

Hon. Tiffany Dunn
Loeb & Loeb, P.C.
1906 Acklen Avenue
Nashville, TN 37212

Danny Key
C/o Warner Brothers Music
20 Music Square East
Nashville, TN 37203

*[signature]*
ALTON G. RICHARDSON

ATTACHMENT 1

# REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

### APPLICANT'S INFORMATION TO BE KEPT CONFIDENTIAL

| | |
|---|---|
| **APPLICANT** (name): *Pro Se* <br> APPLICANT is ☐ Witness ☐ Juror ☑ Attorney ☐ Party ☐ Other (specify) <br> Person submitting request (name): <br> APPLICANTS ADDRESS: <br> TELEPHONE NO.: <br> **NAME OF COURT:** Southern District of AL, Southern Division <br> STREET ADDRESS: 113 St. Joseph St. <br> MAILING ADDRESS: U.S. District Courthouse <br> CITY AND ZIP CODE: Mobile, Alabama 36602 <br> BRANCH NAME: <br> JUDGE: Clerk <br> CASE NO.: 13-469-KD-B <br> **REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES** | **FOR COURT USE ONLY** <br><br> DEPARTMENT: <br><br> CASE NUMBER: |

Applicant Requests accommodation under Section 12-1-23 Code of Alabama 1975, as follows:

1. Type of proceeding: ☐ Criminal ☑ Civil ☐ Juvenile ☐ other _____

2. Proceedings to be covered (for example, bail hearing, preliminary hearing✓, trial✓, sentencing hearing, family, probate, juvenile): Summary Judgement, other.

3. Date or dates needed (specify):
   Unknown

4. Impairment necessitating accommodation (specify):
   90% deaf with hearing aids

5. Type or types of accommodation requested (specify):
   Microphones for each party

6. Special requests or anticipated problems (specify):
   I expect parties will have to be encouraged to speak into mics.

I declare under penalty of perjury under the laws of the State of Alabama that the forgoing is true and correct.

Date: September 23, 2013

▶ *Atter G. Richardson*

(TYPE OR PRINT NAME)                                    (SIGNATURE)

Address _____                            Telephone _____

City _____ State _____ Zip _____                  Email _____



ALTON OR VIRGINIA RICHARDSON
OR MATTHEW BLAKE RICHARDSON
Saraland, AL 3657



UNITED STATES
POSTAL SERVICE

1000



36605

U.S. POSTAGE
PAID
SARALAND, AL
36571
OCT 10, 13
AMOUNT

$0.46
00026512-02

U.S. DISTRICT COURT
113 ST. JOSEPH STREET
MOBILE, ALABAMA 36605

3660236O699