IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALTON G. RICHARDSON, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO: 13-00469-KD-B |
| | * | |
| WARNER BROTHERS RECORDS, | * | |
| DANNY KEY, ERIC PRESTRIDGE, | * | |
| SHAWNA LASHAE McILWAIN | * | |
| THOMPSON, MATTIE McILWAIN, | * | |
| STONEY CREEK RECORDS, | * | |
| | * | |
| DEFENDANTS. | * | |

### MOTION TO ORDER COMMUNICATIONS

COMES NOW, Plaintiff Pro Se, Alton G. Richardson, and requests this Honorable court to order Defendants to serve copies of all their correspondence on this case to Plaintiff by U.S. Mail.

The Plaintiffs does not own a computer, has never owned a computer, and does not even know how to use a computer. During all the years the Defendant worked in high management in classified, government programs, there were no computers in existence.

Respectfully,

*/s/ Alton G. Richardson*
ALTON G. RICHARDSON, Pro Se
1118 Martha Alleyn Drive
Saraland, AL 36571
Phone: (251) 675-8313

## CERTIFICATE OF SERVICE

I hereby certify that I have on this __23__ day of __OCTOBER__, 2013, I have served a copy of the foregoing document on the following named individuals, by placing a copy of said document in the United States mail, properly addressed with first class postage prepaid, as follows:

Warner Brothers Music
20 Music Square East
Nashville, TN 37203
Phone: (615) 748-8000

Mattie McIlwain
General Delivery
Chatom, AL  36518

Eric Prestridge
c/o Warner Brothers Music
20 Music Square East
Nashville, TN 37203

Stoney Creek Records
207 18th Avenue South
Nashville, TN 37203

Shawna McIlwain Thompson
Stoney Creek Records
204 18th Avenue South
Nashville, TN 37203

Hon. Howell O'Rear
McInteer & O'Rear
2801 12th Avenue South
Nashville, TN 37204

Danny Key
C/o Warner Brothers Music
20 Music Square East
Nashville, TN 37203

Shawna McIlwain Thompson
C/o Shawn C. Pennington
BBR Music Group
35 Music Square East
Nashville, TN 37203

_____
ALTON G. RICHARDSON