IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALTON G. RICHARDSON, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO: 13-00469-KD-B |
| | * | |
| WARNER BROTHERS RECORDS, | * | |
| DANNY KEY, ERIC PRESTRIDGE, | * | |
| SHAWNA LaSHAE McILWAIN | * | |
| THOMPSON, MATTIE McILWAIN, | * | |
| STONEY CREEK RECORDS, | * | |
| | * | |
| DEFENDANTS. | * | |

## MOTION FOR JUDGMENT ON DEFAULT

COMES NOW, Plaintiff Pro Se, Alton G. Richardson, and requests this Honorable court to order judgment to Plaintiff for hereinafter reasons:

1. Plaintiff served his original complaint on Defendant, Shawna McIlwain Thompson, in care of Attorney Tiffany Dunn, Loeb & Loeb, P.C., 1906 Acklen Avenue, Nashville, TN 37212. Attorney Bob Sullivan was listed on Shawna's album as her attorney. Bob Sullivan's portfolio listed him as being an attorney with Loeb & Loeb. (See Attachment 1) The said complaint and summons was served by certified mail by the United States Postal Service on September 23, 2013, in accordance with Federal Rules 4, 4-1 and 5. Loeb & Loeb immediately forwarded the said complaint and summons to Shawna's management company BBR & Shawn Pennington.

2. Plaintiff served his original complaint on Warner Brothers Defendant Danny Key, c/o Warner Brothers, 20 Music Square East, Nashville, TN 37203. Said complaint and summons was served by certified mail by the United States Postal Service on September 23, 2013, and accepted by a Mark Eden. Said complaint and summons was served in accordance with Federal Rules 4, 4-1 and 5. (See Attachment 2)

3. Plaintiff served his original complaint on Warner Brothers, 20 Music Square East, Nashville, TN 37203. Said complaint and summons was served by certified mail by the United States Postal Service on September 23, 2013, and accepted by a Mark Eden. Said complaint and summons was served in accordance with Federal Rules 4, 4-1 and 5. (See Attachment 3)

4. The clerk did not give Plaintiff a copy of a summons for Warner Brothers Records.

5. Prior to aforementioned Item 1 and 2. Services, Plaintiff forwarded Warner Brothers records a courtesy copy of the original complaint August 6, 2013, before this suit was filed. The said document was served on August 8, 2013 by UPS Store #5434. Such action by the Plaintiff, placed Warner Brothers on notice they would be sued thirty (30) days before said suit was filed. (See Attachment 4).

6. Plaintiff has not received anything in writing on who represents Warner Brothers Records. It has been alleged their attorney is Ellen Hodgson, Weissman, Hodgson, Russ, 1540 Broadway 24th floor, New York, NY 10036.

WHEREFORE service of the original summons and complaint has been properly served, and the amended complaint has not been signed for, or returned, the Plaintiff prays that the Honorable Court will render a favorable judgment to the Plaintiff as stated on the Summons by Default.

    Respectfully,

*Alton G. Richardson, pro Se*
ALTON G. RICHARDSON, Pro Se
1118 Martha Alleyn Drive
Saraland, AL 36571
Phone: (251) 675-8313

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **23th** day of **OCTOBER**, 2013, I have served a copy of the foregoing document on the following named individuals, by placing a copy of said document in the United States mail, properly addressed with first class postage prepaid, as follows:

Warner Brothers Music
20 Music Square East
Nashville, TN 37203
Phone: (615) 748-8000

Mattie McIlwain
General Delivery
Chatom, AL  36518

Eric Prestridge
c/o Warner Brothers Music
20 Music Square East
Nashville, TN 37203

Stoney Creek Records
207 18th Avenue South
Nashville, TN 37203

Hon. Ellen Hodgson
Weissman, Hodgson & Russ
1540 Broadway, 24th Floor
New York, NY 10036

Shawna McIlwain Thompson
Stoney Creek Records
204 18th Avenue South
Nashville, TN 37203

Hon. Howell O'Rear
McInteer & O'Rear
2801 12th Avenue South
Nashville, TN 37204

Danny Key
C/o Warner Brothers Music
20 Music Square East
Nashville, TN 37203

Shawna McIlwain Thompson
C/o Shawn C. Pennington
BBR Music Group
35 Music Square East
Nashville, TN 37203

_____
ALTON G. RICHARDSON

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Danny Kay
    c/o Warner Brothers
    20 Music Square E
    Nashville TN
    37203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): M. Eden
C. Date of Delivery: 9-23-13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 2250 0001 2268 7516

PS Form 3811, July 2013   Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Eric Prestridge
    c/o Warner Brothers Records
    20 Music Square E
    Nashville TN
    37208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): M. Eden
C. Date of Delivery: 9-23-13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 2250 0001 2268 7523

PS Form 3811, July 2013   Domestic Return Receipt

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Shawna Lashaee McIlwain
    c/o Hon. Tiffany Dunn
    Loeb + Loeb, PC
    1916 Acklin Ave
    Nashville TN 37212

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Amber Stevens
C. Date of Delivery: 9/23/13

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

   1906

3. Service Type
   ☑ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 2250 0001 2268 7561

PS Form 3811, July 2013   Domestic Return Receipt

# Shipment Details

**MM4UZR9G6PWNV**

The UPS Store #5434
1204 Shelton Beach Rd   Suite 3
Saraland, AL  36571
(251) 679-3373

| | |
|---|---|
| Print Date: | Tue 13 Aug 2013 |
| Shipper No.: | Y241X8 |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

**Sender**
ALTON G RICHARDSON JR.
1118 MARTHA ALLEYN DR
Saraland, AL 36571
Tel: (251) 675-8313
Residential

**Recipient**
WARNER BROTHERS MUSIC
20 MUSIC SQ E
NASHVILLE, TN 37203-4344
Business

**Shipping Information**

| | |
|---|---|
| Ship Date: | Tue 6 Aug 2013 |
| Delivery Date: | Thu 08 Aug 2013 EOD (Expected) |
| Service / Zone: | UPS Ground Com / 4 |
| Package Info: | Other Packaging: 10 x 13 x 1 |
| | 0.600 lbs Actual |
| | 1.00 lbs Billed |
| | Customer Packed: 1 |
| Description: | DOCUMENTS |

**Shipment Service Options**
E-mail Notification

**Billing**
Company Account(Prepaid)

**Drop-Off Location**
The UPS Store #5434
1204 Shelton Beach Rd   Suite 3
Saraland, AL 36571 US

**Shipment Charges**

| | |
|---|---:|
| UPS Ground Com | 8.67 |
| Fuel Surcharge | .61 |
| **Shipping Charges:** | $ 9.28 |
| CMS Processing Fee | .20 |
| **Total Charges:** | $ 9.48 |

## Shipment Tracking and Reference Information

**Tracking Information**

| | |
|---|---|
| Status: | DELIVERED |
| Delivery Date: | Thu Aug 8 2013 10:17AM (Actual) |
| Carrier Trk#: | 1ZY241X80319103175 |
| Shipment ID: | MM4UZR9G6PWNV |
| Location: | FRONT DESK |
| Signed By: | EDEN |
| Ref 1: | |
| Ref 2: | |

**Last Scan**
08/08/2013 10:17:00 NASHVILLE TN US

Tracking No:    1ZY241X80319103175

Shipment ID:    MM4UZR9G6PWNV

Order/Item #
Ref#



Version 13.0.13060.0 (08) Printed 8/13/2013 6:54:42 PM UTC

Page 1 of 1

 **Proof of Delivery**

☒ Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1ZY241X8A852537820 |
| **Service:** | UPS Ground |
| **Special Instructions:** | Adult Signature Required |
| **Weight:** | 1.20 lbs |
| **Shipped/Billed On:** | 08/12/2013 |
| **Delivered On:** | 08/14/2013 4:40 P.M. |
| **Delivered To:** | NASHVILLE, TN, US |
| **Signed By:** | SANDERS |
| **Left At:** | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   08/15/2013 9:58 A.M.   ET

▫ Print This Page                              ☒ Close Window