IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

ALTON G. RICHARDSON,    *
            *
  PLAINTIFF,      *
            *
VS.           *  **CIVIL ACTION NO: 13-00469-KD-B**
            *
WARNER BROTHERS RECORDS, *
DANNY KEY, ERIC PRESTRIDGE, *
SHAWNA LASHAE McILWAIN  *
THOMPSON, MATTIE McILWAIN, *
STONEY CREEK RECORDS,   *
AND DEFENDANTS "A TO Z"   *
WHOSE TRUE IDENTITIES ARE  *
CURRENTLY UNKNOWN,    *
            *
  DEFENDANTS.     *

## MOTION TO SUBMIT SERVICE OF SUMMONS RECEIPT

1. COMES NOW, Plaintiff, Alton G. Richardson, Pro Se, setting out that certified mail service has been accepted for Eric Prestridge, Danny Key, Shawna Lashae McIlwain Thompson on September 23, 2013.

2. Plaintiff submits the aforementioned as a record of the twenty one (21) day return service action of Defendants under Rule 12 of the Federal Rules of Civil Procedure.

*Alton G. Richardson, pro se*

ALTON G. RICHARDSON, Pro Se
1118 Martha Alleyn Drive
Saraland, AL 36571
Phone: (251) 675-8313

1

## CERTIFICATE OF SERVICE

I hereby certify that I have on this _____ day of _____, 2013, I have served a copy of the foregoing document on the following named individuals, by placing a copy of said document in the United States mail, properly addressed with first class postage prepaid, as follows:

Warner Brothers Music
20 Music Square East
Nashville, TN 37203
Phone: (615) 748-8000

Mattie McIlwain
General Delivery
Chatom, AL  36518

Eric Prestridge
c/o Warner Brothers Music
20 Music Square East
Nashville, TN 37203

Stoney Creek Records
207 18th Avenue South
Nashville, TN 37203

Shawna McIlwain Thompson
Stoney Creek Records
204 18th Avenue South
Nashville, TN 37203

Hon. Tiffany Dunn
Loeb & Loeb, P.C.
1906 Acklen Avenue
Nashville, TN 37212

Hon. Howell O'Rear
McInteer/O'Rear
2301 12th Av, South
Nashville, TN 37204

Danny Key
C/o Warner Brothers Music
20 Music Square East
Nashville, TN 37203

_____
ALTON G. RICHARDSON

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shawna Lashare McIlwain
C/o Hon. Tiffany Dunn
Loeb & Loeb, PC.
1916 Acklin Ave
Nashville Tn 37212

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Amber Stevens   9/23/13

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

1906

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7013 2250 0001 2268 7561

PS Form 3811, July 2013          Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAnny Kay
c/o Warner Brothers
20 Music Square E
Nashville TN
37203

2. Article Number
(Transfer from service label)

7013 2250 0001 2268 7516

PS Form 3811, July 2013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_    ☑ Agent
☐ Addresse

B. Received by (Printed Name)    C. Date of Delive

M. Eden    9-23-13

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail®    ☐ Priority Mail Express™
☐ Registered    ☐ Return Receipt for Merchandis
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric Prestridge
c/o Warner Brothers Records
20 Music Square E
Nashville TN
37208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
M. Eden                          9-22-13

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail®    ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7013 2250 0001 2268 7523

PS Form 3811, July 2013          Domestic Return Receipt

# Shipment Details                                    MM4UZR9G6PWNV

The UPS Store #5434
1204 Shelton Beach Rd   Suite 3
Saraland, AL  36571
(251) 679-3373

| | |
|---|---|
| Print Date: | Tue 13 Aug 2013 |
| Shipper No.: | Y241X8 |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| ALTON G RICHARDSON JR.<br>1118 MARTHA ALLEYN DR<br>Saraland, AL 36571<br>Tel: (251) 675-8313<br>Residential | WARNER BROTHERS MUSIC<br>20 MUSIC SQ E<br>NASHVILLE, TN 37203-4344<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Tue 6 Aug 2013<br>Thu 08 Aug 2013 EOD (Expected)<br>UPS Ground Com / 4<br>Other Packaging: 10 x 13 x 1<br>0.600 lbs Actual<br>1.00 lbs Billed<br>Customer Packed: 1 |

| | | Description: | DOCUMENTS |
|---|---|---|---|

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Notification | Company Account(Prepaid) | The UPS Store #5434<br>1204 Shelton Beach Rd   Suite 3<br>Saraland, AL 36571 US | UPS Ground Com | 8.67 |
| | | | Fuel Surcharge | .61 |
| | | | **Shipping Charges:** | **$ 9.28** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 9.48** |

## Shipment Tracking and Reference Information

### Tracking Information

| | |
|---|---|
| Status: | DELIVERED |
| Delivery Date: | Thu Aug  8 2013 10:17AM (Actual) |
| Carrier Trk#: | 1ZY241X80319103175 |
| Shipment ID: | MM4UZR9G6PWNV |
| Location: | FRONT DESK |
| Signed By: | EDEN |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

### Last Scan

08/08/2013 10:17:00 NASHVILLE TN US

Tracking No:     1ZY241X80319103175

Shipment ID:   MM4UZR9G6PWNV

OCTOBER 9, 2013

THE PLAINTIFF HAS JUST RECEIVED SAID PROFF OF SIGNING OF CERTIFIED MAIL BY DEFENDANTS, SHAWNA MCILWAIN THOMPSON, DANNY KEY, ERIC PRESTRIDGE AND WARNER BROTHERS AT AL.

THE PLAINTIFF DID NOT RECEIVE THE SAME TO SUBMIT WITHIN THE FIVE (5) DAY WINDOW OF SERVICE EFFECTED BY FED. R. CIVIL P. 4(l).

RESPECTLY,

ALTON G. RICHARDSON, PRO SE
1118 MARTHA ALLEYN DRIVE
SARALAND, ALABAMA 36571

MOBILE DISTRICT
2011
FOREVER
MOBILE
USA 36675

ALTON OR VIRGINIA RICHARDSON
OR MATTHEW BLAKE RICHARDSON
1118 Martha Alleyn Drive
Saraland, AL 36571

CLERK
U.S. DISTRICT COURT
113 St. JOSEPH STREET
MOBILE, ALABAMA 36605

NIXIE      352   DC   1         0010/23/13

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 36571963518      *2375-02538-23-22

36571@9635