IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ALTON G. RICHARDSON, * | |
| * | |
| PLAINTIFF, * | |
| * | |
| VS. * | CIVIL ACTION NO: 13-00469-KD-B |
| * | |
| WARNER BROTHERS RECORDS, * | |
| DANNY KEY, ERIC PRESTRIDGE, * | |
| SHAWNA LASHAE McILWAIN * | |
| THOMPSON, MATTIE McILWAIN, * | |
| STONEY CREEK RECORDS, * | |
| AND DEFENDANTS "A TO Z" * | |
| WHOSE TRUE IDENTITIES ARE * | |
| CURRENTLY UNKNOWN, * | |
| * | |
| DEFENDANTS. * | |

## SUBMITTAL OF PRE-DISCOVERY INFORMATION

1. COMES NOW, Plaintiff, Alton G. Richardson, Pro Se, and submits a part of unnumbered described exhibits in Plaintiff's possession. Plaintiff has requested a copy of all exhibits that Plaintiff submitted in Civil Action No. 3-03-0150 from Court in the Middle District of Tennessee.

   1-1 The Plaintiff cannot provide a name, address and telephone number in accordance with Federal Rule 26(a)(1), as he does not know the same.

   1-2 Defendants and/or their counsel should be able to locate and copy all applicable exhibits from the following:

1

1-2-1  Bowen, Riley, Warnock & Jacobson, PLC
      Attorneys at Law
      1906 West End Avenue
      Nashville, TN 37203
      Phone: (615) 320-3700

1-2-2  Warner Brothers Music
      20 Music Square East
      Nashville, TN 37203
      Phone: (615) 748-8000

1-2-3  Ellen Hodgson Weissman
      Hodgson - Russ
      1540 Broadway, 24th Floor
      New York, NY 10036
      Phone: (212) 751-4300

1-2-4  Stoney Creek Records
      207 18th Avenue South
      Nashville, TN 37203
      Phone: Unknown

1-2-5  Hon. Tiffany Dunn
      Loeb & Loeb, PC
      1906 Acklin Avenue
      Nashville, TN 37212
      Phone: (615) 749-8300

1-2-6  Mattie McIlwain
      General Delivery
      Chatom, AL 36518
      Phone: Unknown

1-2-7  Shawna McIlwain Thompson
      C/o Stoney Creek Records
      207 18th Avenue South
      Nashville, TN 37203
      Phone: Unknown

2. The Plaintiff's records are located at 1118 Martha Alleyn Drive, Saraland, AL 36571 and his records are available for Defendants inspection and/or copying.

3. The Plaintiff requests Defendants complete cooperation in accordance with Rule 26(a)(1) to the extent Plaintiff has cooperated with Defendants.

Respectfully,

*/s/ Alton G. Richardson, pro se*
ALTON G. RICHARDSON, Pro Se
1118 Martha Alleyn Drive
Saraland, AL 36571
Phone: (251) 675-8313

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **14th** day of **OCTOBER**, 2013, I have served a copy of the foregoing document on the following named individuals, by placing a copy of said document in the United States mail, properly addressed with first class postage prepaid, as follows:

Warner Brothers Music
20 Music Square East
Nashville, TN 37203
Phone: (615) 748-8000

Mattie McIlwain
General Delivery
Chatom, AL  36518

Eric Prestridge
c/o Warner Brothers Music
20 Music Square East
Nashville, TN 37203

Shawna McIlwain Thompson
Stoney Creek Records
204 18th Avenue South
Nashville, TN 37203

~~Hon. Tiffany Dunn~~ Hon. Howell O'Rear
~~Loeb & Loeb, P.C.~~ McInteer - O'Rear
~~1906 Acklen Avenue~~ 2801 12th Ave South
~~Nashville, TN 37212~~ Nashville, TN. 38204

Danny Key
C/o Warner Brothers Music
20 Music Square East
Nashville, TN 37203

3

Stoney Creek Records
207 18th Avenue South
Nashville, TN 37203

_____
ALTON G. RICHARDSON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

ALTON G. RICHARDSON, JR.  VS.  WARNER BROTHERS RECORDS, ET., AL.
CASE NO: CV-13-00469-KD-B

## LIST OF EXHIBITS

EXHIBIT

| | | |
|---|---|---|
| 13 | 1. | Pictures of Defendant Shawna McIlwain Thompson and band. |
| 34 | 2. | Newspaper clippings. |
| 7 | 3. | Picture of Sterling Whipple receiving key to city. |
| 35 | 4. | Album "New Faces" |
| 8 | 5. | Contract between Plaintiff and Defendants |
| 1 | 6. | Demo Album Shawna |
| 2 | 7. | Demo of songs recorded by Shawna & Wesley Breland at Duckers Studio. |
| 3 | 8. | Whipple Songs |
| 4 | 9. | Whipple letters |
| 5 | 10. | Portfolio of Shawna |
| 6 | 11. | Picture of Mark Gray, Janice Gray, Clay Bradley, Plaintiff, Mickey, and Shawna. |
| Various | 12. | Plaintiff's Summary Judgment Motion containing numerous exhibits filed in the Middle District of Tennessee Federal Court. Plaintiff will not furnish the numerous exhibits filed with Case No. 03-CV-0150 out of caution of violating the settlement agreement. Defendants should contact counsel Bowen, Riley, Warnock & Jacobson, PLC and/or Amy J. Everhart in Nashville, and/or seek a court order for release. Approximately forty-three (43) exhibits are attached to Plaintiff's Summary Judgment Motion in said case. Exhibits 11, 12, 13, 10, 14, 15, 16, 17, 2, 19, 51, 4-A, 21, 22, 23, 2, 24, 25, 2, 26, 27, 28, 35, 29, |

|  |  |  |
|---|---|---|
|  |  | 30, 31, 32, 33, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50. Defendants should secure Plaintiffs Summary Judgment Motion in Case 3:03-0150 filed December 30, 2003 as they support Plaintiff's allegations set out in this case. |
| __9__ | 13. | Advertisement of Mark Gray, Shawna's Alabama Concert. |
| __+__ | 14. | Picture of Shawna, Sterling Whipple performing "One More Day", Plaintiff's version at Flora Bama Frank Brown Songwriter Festival in Orange Beach, AL. |
| __10__ | 15. | Advertisement of Shawna and band at Blakely Concert. |
| __11__ | 16. | Plaintiff's general medical records. |
| __+__ | 17. | Letter from Starstruck A & R Director, Clay Myers. |
| __12__ | 18. | Glamour Shots picture of Shawna. |
| __13__ | 19. | One (1) itemized legal bill from Lyons, Pipes & Cook. |
| __14__ | 20. | Award of Social Security Retirement, Survivors and Disability Insurance January 1, 1999 for depression disorder, anxiety disorder, R/O mood disorder due to general medical condition, R/O anxiety disorder due to a general medical condition. |
| __15__ | 21. | Newspaper article on Shawna. |
| __16__ | 22. | Newspaper article on Shawna and band. |
| __17__ | 23. | Mark Gray portfolio |
| __18__ | 24. | Lee Ferrell Agreement |
| __19__ | 25. | Past defendants in Plaintiff's case 03-CV-0150, who are a part of Shawna's management team; 15 out of 31. |
| __20__ | 26. | Blakely Country Music advertisement showing Shawna, Sharon Ledger, Dan Eubanks, Shelby Lynn, Little Texas, John Berry, Wayne Toups, Bubba & Them, and Waylon Thibodeaux. |
| __21__ | 27. | Newspaper article on Shawna. |

| | | |
|---|---|---|
| __22__ | 28. | Plaintiff/McIlwain, Lyons, Pipes & Cook, J. Patrick Courtney III James H. Harris, III, counsel for the Plaintiff, Shawna and her parents, Warner Brothers, Danny Key and Eric Prestridge files. |
| __23__ | 29. | *Code of Alabama, 1975*, Title 8, Commercial Law and Consumer Protection. |
| __24__ | 30. | Plaintiff & Broken Bow |
| __25__ | 31. | Newspaper article on Shawna |
| __26__ | 32. | Newspaper article on "One More Day." |
| __27__ | 33. | Newspaper article on Plaintiff. |
| __28__ | 34. | Four defendants of Shawna studio work. |
| __29__ | 35. | Lyons, Pipes & Cook letter from Chris George. |
| __30__ | 36. | Jim Harris & Chris George notes. |
| __31__ | 37. | Chris George meeting with Eric Prestridge. |
| __32__ | 38. | Newspaper release on Alton. |

ALTON OR VIRGINIA RICHARDSON
OR MATTHEW BLAKE RICHARDSON
1118 Martha Alleyn Drive
Saraland, AL 36571

CLERK
U.S. DISTRICT COURT
113 St Joseph Street
Mobile, Alabama 36605

U.S. POSTAGE
PAID
SARALAND, AL
36571
OCT 10, 13
AMOUNT
$0.66
00026512-02

1000  36605

NIXIE  352  SC 1  7210/23/13

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RETURN TO SENDER

BC: 36571963518  *2375-02429-23-22

36571@9635