IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALTON G. RICHARDSON, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO: 13-00469-KD-B |
| | * | |
| WARNER BROTHERS RECORDS, | * | |
| DANNY KEY, ERIC PRESTRIDGE, | * | |
| SHAWNA LASHAE McILWAIN | * | |
| THOMPSON, MATTIE McILWAIN, | * | |
| STONEY CREEK RECORDS, | * | |
| | * | |
| DEFENDANTS. | * | |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff Pro Se, Alton G. Richardson, and files this action to dismiss all the aforesaid Defendants. Such action by Plaintiff has been carried out by the written and verbal agreement of counsel for the Defendants, Hon. Howell O'Rear, McInteer & O'Rear, PLC, Nashville, TN; in accordance with the following terms and conditions:

1. Whereas, the parties desire to compromise and settle all claims relating to and/or arising out of the dispute, and otherwise fully and finally resolve their differences without admitting fault or liability.

2. No claims have been filed against the Plaintiff, and the Defendants, and /or their successors, officers, directors, stockowners, corporate affiliates, parents, subsidiaries, owners, insurers, agents, employees, attorneys, assigns, and all persons acting by, through, under or in concert with any of the Defendants, known or unknown, will not take any legal

action against the Plaintiff, arising out of any actions, or inactions occurring as a result of said suit 13-00469-KD-B.

3. The parties understand this dismissal with prejudice constitutes a compromise of said dispute and is being entered into to avoid the expense of litigation, and in consideration of the Plaintiff's health. Defendants deny any liability to the Plaintiff and the Plaintiff denies any liability to the Defendants.

4. The signatures of all parties hereto, represent and warrant that they are authorized to execute this dismissal with prejudice on behalf of the respective defendant after the court has taken action.

5. All parties in this said litigation, shall each be responsible for their own costs, including legal fees.

6. This motion to dismiss with prejudice shall be deemed to have been executed in the United States District Court for the Southern District of Alabama, Southern Division. Any conflict of law, or controversy shall be subject to the venue of the aforementioned court in Mobile County, Alabama.

7. This instrument, executed by parties in Counterpart by all separate parties, and all parties to this release shall be deemed to be executed as one party, by facsimile copies of their respective signatures treated as original signatures.

_____
KRISTY K. DUBOSE
United States District Judge

## TO BE SIGNED BY ALL PARTIES

*Alton G. Richardson, pro Se*
ALTON G. RICHARDSON, Pro Se
Plaintiff
1118 Martha Alleyn Drive
Saraland, AL 36571

STONEY CREEK RECORDS
Defendant
207 18th Avenue South
Nashville, TN 37203


WARNER BROTHERS MUSIC
Defendant
Howell O'Rear, Attorney
McInteer & O'Rear
2801 12th Avenue South
Nashville, TN 37204

SHAWNA McILWAIN THOMPSON
Defendant
Howell O'Rear, Attorney
McInteer & O'Rear
2801 12th Avenue South
Nashville, TN 37204


ERIC PRESTRIDGE, Defendant
Howell O'Rear, Attorney
McInteer & O'Rear
2801 12th Avenue South
Nashville, TN 37204

MATTIE McILWAIN, Defendant
Howell O'Rear, Attorney
McInteer & O'Rear
2801 12th Avenue South
Nashville, TN 37204


DANNY KEY, Defendant
Howell O'Rear Attorney
McInteer & O'Rear
2801 12th Avenue South
Nashville, TN 37204

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALTON G. RICHARDSON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 13-00469-KD-B |
| v. | ) |
| | ) Judge Kristi Dubose |
| WARNER BROTHERS RECORDS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice of his voluntary dismissal of all claims filed in this action against all Defendants, Warner Brothers Records, Shawna McIlwain Thompson, Mattie McIlwain, Stoney Creek Records, Danny Key, and Eric Prestridge. Plaintiff's dismissal of these claims is with prejudice.

Respectfully submitted,

*Alton G. Richardson*
Alton G. Richardson
1118 Martha Alleyn Drive
Saraland, AL 36571
Phone: 251-675-8313

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on the following counsel through the US MAIL system this 26th day of October, 2013.

Howell O'Rear
McInteer & O'Rear PLC
2801 12th Ave. South
Nashville, TN 37204
Ph. 615-724-6207
Fax 615-523-1311
howell@mcolawfirm.com

Alton G. Richardson