IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALTON G. RICHARDSON, JR.,     ) | |
|     Plaintiff,     ) | |
|     ) | |
| v.     ) | CIVIL ACTION NO. 13-00469-KD-B |
|     ) | |
| WARNER BROTHERS RECORDS, *et al.*,     ) | |
|     Defendants.     ) | |

**ORDER**

Plaintiff Alton G. Richardson, Jr. has filed a "Notice of Voluntary Dismissal with Prejudice" (Doc. 17 at 4-5) dismissing his claims against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] Because the notice was filed "before [any] opposing party serve[d] either an answer or a motion for summary judgment[,]" Fed. R. Civ. P. 41(a)(1)(A)(i), the notice effects dismissal of this action upon filing and without a court order. See Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) ("It is well established that Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment. The dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required." (internal citations omitted)) (per curiam).

Accordingly, all of Plaintiff's pending motions (Docs. 10, 13, 14, 16) are **MOOT**.

**DONE** and **ORDERED** this the **29th** day of **October 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff also filed a "Motion to Dismiss with Prejudice" (Doc. 17 at 1-3) attached to the notice, which the Court will construe as being part of the notice. See Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) ("The fact that a notice of dismissal is styled 'motion to dismiss' rather than 'notice of dismissal' is without consequence.").